**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7002**

BERNARD MCFADDEN,

              Plaintiff - Appellant,

        v.

SIMON MAJOR, Director of Sumter Lee Regional Detention
Center, in his individual or personal capacity; RAY LEE,
Captain, Records Officer and Accountant, in his individual
or personal capacity,

              Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  R. Bryan Harwell, District
Judge.  (6:09-cv-02437-RBH)

Submitted:  September 28, 2010       Decided:  October 6, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bernard McFadden, Appellant Pro Se. James M. Davis, Jr., Joel
Steve Hughes, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard McFadden appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint with prejudice for lack of prosecution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See McFadden v. Major, No. 6:09-cv-02437-RBH (D.S.C. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED